**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-4707**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARVIN JEROME DAMON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-95-45)

———————————

Submitted: August 24, 2001          Decided: September 5, 2001

———————————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert L. Flax, FLAX & STOUT, Richmond, Virginia, for Appellant. Kenneth E. Melson, United States Attorney, David J. Novak, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin Jerome Damon appeals from the district court's order upholding his guilty plea on remand. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Damon, No. CR-95-45 (E.D. Va. Aug. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2